People v Ramos (2016 NY Slip Op 07848)





People v Ramos


2016 NY Slip Op 07848


Decided on November 22, 2016


Appellate Division, First Department



Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.


This opinion is uncorrected and subject to revision before publication in the Official Reports.



Decided on November 22, 2016

Mazzarelli, J.P., Sweeny, Andrias, Webber, Gesmer, JJ.


2250 3806/12 156/13 1450/13

[*1]The People of the State of New York, Respondent,
v
Jesus Ramos also known as Jose Rodriguez, Defendant-Appellant.


Seymour W. James, The Legal Aid Society, New York (Heidi Bota of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Dmitriy Povazhuk of counsel), for respondent.



Judgment, Supreme Court, Bronx County (Judith Lieb, J.), rendered April 4, 2014, unanimously affirmed.
Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: NOVEMBER 22, 2016
CLERK